■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOY GARRETT, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered August 31, 1990.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.